**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
VINEYARD VINES, LLC           :
                              :
                              :
v.                            :   CIV. NO. 3:14CV1096 (JCH)
                              :
MACBETH COLLECTION, LLC,      :
MACBETH COLLECTION BY         :
MARGARET JOSEPHS, LLC,        :
MACBETH DESIGNS LLC,          :
MARGARET JOSEPHS, and         :
Various JOHN DOES, JANE DOES  :   June 17, 2015
and XYZ COMPANIES             :
[unidentified]                :
                              :
------------------------------x
```

**PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT**

Plaintiff Vineyard Vines, LLC ("Vineyard Vines"), having commenced this action for trademark counterfeiting, trademark infringement, unfair competition, copyright infringement and other relief against Defendants Macbeth Collection, L.L.C, ("Macbeth"); Macbeth Collection By Margaret Josephs, ("MCBMJ"); Macbeth Design LLC, ("MD"); Margaret Josephs, an individual, ("Josephs" and collectively with Macbeth, MCBMJ and MD as "Defendants"), pursuant to the Lanham Act, 15 U.S.C. §1051, et seq., as amended by the Trademark Counterfeiting Act of 1984, the Copyright Act of 1976, 17 U.S.C §§101 et seq., Public Law 98-473, Rule 64 of the Federal Rules of Civil Procedure and under the laws of the State of Connecticut, for the reason that Defendants have used counterfeit and infringing copies and imitations

of the Vineyard IP (as described and defined in Dkt. 1, 11, 33, 35, 37 and 38, and in <u>Exhibit A</u> hereto) on and in connection with their manufacturing, distributing, marketing, offering for sale and/or selling of, among other things, counterfeit and infringing clothing, jewelry, accessories and home goods (the "Infringing Products"), and Defendants having stipulated to entry of a Permanent Injunction and Final Judgment, and the Court having heard arguments and reviewed the Amended Complaint, Status Reports and Stipulations jointly prepared and filed by the Parties, multiple Motions and Memorandum of Law filed by the Parties in connection therewith, as well as Supporting and Supplemental Declarations and Affidavits and Exhibits submitted therewith;

**HEREBY ORDERS, ADJUDGES AND DECREES:**

1. Defendants, their corporate parents, subsidiaries, directors, officers, agents, servants, employees, representatives, confederates and any other persons or entities acting in concert or participation with them including, but not limited to, any and all licensees, distributors, wholesale customers, and manufacturers are permanently enjoined and restrained from:

    (a) using any design depicting, embodying, representing or otherwise relying upon a whale likeness or representation in any form, whether new and novel or known and otherwise within the public domain ("Whale Image") or all or any part of the Vineyard IP, on or in connection with the

manufacture, importation, exportation, trans-shipment, distribution, advertising, promotion, offer for sale and/or sale of the Infringing Products or other items not the genuine products of Vineyard Vines, or in any manner likely to cause someone to believe the Infringing Products are connected with Vineyard Vines or Vineyard Vines' genuine products; and

  (b) any and all uses (whether commercial or non-commercial, direct or indirect) of a Whale Image or all or part of the Vineyard IP, or anything confusingly similar to such, in any form, on or in connection with Defendants business, including, but not limited to, those designated in the Dkt. 1, 11, 33, 35, 37 and 39, or any advertising, marketing or promotion thereof;

  (c) passing off, inducing, or enabling others to sell or pass off any clothing or fashion accessories that are not Vineyard Vines' genuine products as and for Vineyard Vines' genuine products; and

  (d) committing any other acts calculated to cause purchasers to believe the Infringing Products are Vineyard Vines' genuine products unless they are such; and

  (e) importing, exporting, shipping, delivering, holding for sale, offering for sale, selling, distributing, returning, transferring and/or otherwise moving or disposing of in any manner, any consumer goods, including clothing, accessories, jewelry and home goods falsely bearing the Vineyard IP or any part thereof, including trademarks, original

works, designs, trade names or logos or any reproduction, counterfeit, copy, or colorable imitation of the same; and

(f) making any representations, orally or in writing, that they are authorized, licensed or otherwise permitted by Vineyard Vines to import, export, ship, deliver, distribute, offer for sale or sell Vineyard Vines' genuine products, unless they subsequently become licensed or authorized by Vineyard Vines to do so, except as otherwise provided in paragraph (g) below; and

(g) importing, exporting, shipping, delivering, distributing, offering for sale or selling used, repaired, re-conditioned or re-manufactured products belonging to or of Vineyard Vines, as new Vineyard Vines products, and from using a Whale Design or any or all of the Vineyard IP in any manner to cause purchasers to believe that such used, repaired, re-conditioned, or re-manufactured products are new Vineyard Vines products, are warranted by Vineyard Vines or are otherwise sold with Vineyard Vines' knowledge or authorization; and

(h) assisting, aiding, or abetting any other person or business entity, in engaging in or performing any of the activities referred to in the above subparagraphs (a) through (g); and it is further

ORDERED, that Defendants shall pay Vineyard Vines the sum of Three Hundred Thousand Dollars ($300,000.00), representing damages relating to Defendants' sale of the Infringing Products (the "Damages"). The Damages shall be

paid in five (5) installments as set forth below, by bank check or wire transfer payable to Gilbride, Tusa, Last & Spellane LLC, as attorneys for Vineyard Vines:

(a) Defendants shall pay Vineyard Vines on or before **August 15, 2015** Seventy Five Thousand Dollars ($75,000.00), representing Defendants' first installment payment;

(b) Defendants shall pay Vineyard Vines on or before **November 15, 2015** Seventy Five Thousand Dollars ($75,000.00), representing Defendants' second installment payment;

(c) Defendants shall pay Vineyard Vines on or before **February 15, 2016** Fifty Thousand Dollars ($50,000.00), representing Defendants' third installment payment;

(d) Defendants shall pay Vineyard Vines on or before **May 15, 2016** Fifty Thousand Dollars ($50,000.00), representing Defendants' fourth installment payment; and

(e) Defendants shall pay Vineyard Vines on or before **August 15, 2016** Fifty Five Thousand Dollars ($50,000.00), representing Defendants' fifth and final installment payment.

(f) Provided Defendants comply with each and every Order set forth herein, and each and every term and condition set forth in that certain Settlement Agreement by and among the Parties and dated June 15, 2015 (the "Settlement Agreement"), and make their first, second, third and fourth installment payments on or before the agreed to dates set forth above in Sub-Paragraphs (a) through (d), Defendants shall receive a discount on the fifth and final installment payment in the sum of Twenty Five Thousand Dollars ($25,000.00).

ORDERED, in the event Defendants violate this Injunction, breach the Settlement Agreement, or fail to timely pay an installment payment, Vineyard Vines shall be entitled to: (a) liquidated damages in the amount of Five Hundred Thousand Dollars ($500,000.00); and (b) recovery of its actual expenses, including reasonable attorneys' fees, associated with the enforcement of the Settlement Agreement and this Injunction, as well as its actual or statutory damages and any other fees and costs as this Court shall determine just and reasonable; and it is further

ORDERED, this Court shall retain jurisdiction over the parties and the subject matter of the action. This Court shall retain jurisdiction to the extent necessary to enforce this Injunction and that certain Settlement Agreement by and among the parties, dated June 15, 2015, and to determine any issues that may arise thereunder.

SO ORDERED at New Haven, Connecticut this 17th day of June 2015.

                         /s/
                 SARAH A. L. MERRIAM
          UNITED STATES MAGISTRATE JUDGE

EXHIBIT A

<u>VINEYARD VINES INTELLECTUAL PROPERTY</u>

Vineyard Vines is the owner of, *inter alia*, the entire right, title and interest in and to numerous Federally registered trademarks with the United States Patent and Trademark Office, including, but not limited to, Vineyard Vine's "Whale Design" (as defined in, *inter alia*, Dkt. 1, 11, 33, 35, 37 and 39), the following trademarks and the trade name "Vineyard Vines," which Vineyard Vines has used to identify itself and its products in the United States and the World for more than seventeen (17) years, as well as all foreign counterparts thereof and all goodwill associated therewith, symbolized thereby and appurtenant thereto for use on or in connection with, among other things, Vineyard Vines' genuine goods and services (collectively referred to as the "Vineyard Marks"):

| UNITED STATES REG. NO. | MARK | REG. DATE | FIRST USE DATE |
|---|---|---|---|
| 2,969,692 | [whale design] | July 19, 2005 | September 1, 2003 |
| 3,770,964 | [whale design] | April 6, 2010 | December 8, 2006 |
| 3,139,685 | [whale design] | September 5, 2006 | November 1, 2004 |
| 4,088,687 | [whale design] | January 17, 2012 | June 1, 2005 |
| 4,551,062 | WHALE OF A SALE | June 17, 2014 | January 5, 2007 |
| 2,318,245 | VINEYARD VINES | February 15, | June 20, 1998 |
| 2,991,522 | VINEYARD VINES by SHEP & IAN | September 6, 2005 | February 1, 2004 |

| | | | |
|---|---|---|---|
| 3,043,773 | vineyard vines Since 1998 | January 17, 2006 | February 1, 2004 |
| 4,088,588 | EVERY DAY SHOULD FEEL THIS GOOD | January 17, 2012 | June 6, 2011 |
| 2,991,523 | VINEYARD VINES MARTHA'S VINEYARD | September 6, 2005 | June 20, 1998 |

Vineyard Vines is the author and owner of several original works featuring, among other things, the Whale Design (the "Vineyard Works" and collectively with the Vineyard Marks as, the "Vineyard IP"). The relevant Vineyard Works, which are the subject of Copyright Registrations or pending applications therefor with the United States Copyright Office are identified immediately below:

| **TITLE OF WORK** | **REGISTRATION NUMBER** | **REGISTRATION DATE** |
|---|---|---|
| Whale Logo- Black & White | VA0001932875 | November 26, 2014 |
| Whale & Text (no shading) | VA0001920236 | July 10, 2014 |
| Whale & Text | VA0001920249 | July 10, 2014 |
| Vineyard Vines Label- Navy | VA0001932109 | July 10, 2014 |

| **TITLE OF WORK** | **APPLICATION NUMBER** | **APPLICATION DATE** |
|---|---|---|
| Whale Logo | 1-1560110331 | July 10, 2014 |