UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
:
VINEYARD VINES, LLC                   :
:
         Plaintiff,      :
v.                                    :       Civil Action No.:  3:14-cv-01096-JCH
:
:
:
MACBETH COLLECTION, L.L.C.,           :
MACBETH COLLECTION BY                 :
MARGARET JOSEPHS, LLC,                :
MACBETH DESIGNS LLC,                  :
MARGARET JOSEPHS, and                 :
various JOHN DOES, JANE DOES and      :
XYZ COMPANIES (Unidentified),         :
:
        Defendants.      :
---------------------------------------------------x

## AFFIDAVIT OF RALPH NASAR

I, Ralph Nasar, being duly under oath, do hereby depose and say as follows:

1. I am the Vice President of President of MacBeth Designs LLC (hereinafter referred to as "MacBeth").

2. I make this affidavit in support of the Defendants' Motion for Partial Consideration of the Court's December 5, 2018 ruling.

3. I introduced MacBeth to Kurt Simonides sometime prior to 2013.

4. I am familiar with Mr. Simonides and understand him to be President of Access Bag n' Pack.

5. I have reviewed Mr. Simonides statements in his affidavit submitted to the Court in support of Vineyard Vines' motion claiming violation of the Court's Consent Judgment and Permanent Injunction.

6. Contrary to his statement in his affidavit, at no time did I state to Mr. Simonides, or any other vendor for that matter, that products with whale images could be sold as a result of resolution of the Vineyard Vines matter.  To the contrary, instruction to all vendors was to cease all sales of any whale related product.

7. Attached to the Affidavit of Margaret Josephs as Exhibit B is a true and accurate copy of email communications between myself and Kurt Simonides dating from April 30, 2015 to June 18, 2015.

8. Attached to the Affidavit of Margaret Josephs as Exhibit C is a true and accurate copy of an email communication with counsel.

Signed under the pains and penalties of perjury this 12th day of December, 2018.

_____
Ralph Nasar

1