GILBRIDE, TUSA, LAST & SPELLANE, LLC
Todd. S. Sharinn
31 Brookside Drive
Greenwich, CT 06830
Telephone: (203) 542-8418
Facsimile:  (203) 542-8438
tss@gtlslaw.com
*Attorneys for Plaintiff*
*VINEYARD VINES, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

-------------------------------------------------------x
VINEYARD VINES, LLC,                          :    Civil Action No.:  3:14-cv-01096-JCH
                                              :
                                              :
                                              :
                Plaintiff,                    :    **VINEYARD VINES, LLC'S MOTION**
                                              :    **REQUESTING A STATUS**
        v.                                    :    **CONFERENCE.**
                                              :
MACBETH COLLECTION, L.L.C.,                   :
MACBETH COLLECTION BY                         :
MARGARET JOSEPHS, LLC,                        :
MACBETH DESIGNS LLC,                          :
MARGARET JOSEPHS, and                         :
various JOHN DOES, JANE DOES and              :
XYZ COMPANIES (Unidentified),                 :
                                              :
                Defendants.                   :
-------------------------------------------------------x

    Plaintiff Vineyard Vines, LLC ("Vineyard" or "Plaintiff") hereby respectfully moves this Court for a status conference at the Court's earliest convenience to discuss the Parties current impasse in drafting an amicable settlement agreement.

    Defendants' counsel has been contacted and briefed concerning the subject matter hereof and does not object to the Court's scheduling of the requested relief. The Parties have

discussed Vineyard's positions regarding the remaining issues that were, as recently as yesterday, already resolved.

Greenwich, Connecticut
March 20, 2020

Respectfully submitted,

Gilbride, Tusa, Last & Spellane, LLC

By: _____
Todd S. Sharinn (CT 419121)
31 Brookside Drive
Greenwich, CT 06830
Phone: (203) 542-8418
Fax:    (203) 622-9392
Email: todd@gtlslaw.com

*Attorneys for Plaintiff*
*Vineyard Vines, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2020, a copy of Vineyard Vines, LLC's Motion Requesting A Status Conference, was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's CM/ECF System.

                                             GILBRIDE, TUSA, LAST & SPELLANE, LLC

                                             _____
                                             Todd S. Sharinn
                                             *Attorneys for Plaintiff*
                                             31 Brookside Drive
                                             Greenwich, CT 06830
                                             Telephone: (203) 542-8418
                                             tss@gtlslaw.com